UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARA KRAUSE,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

Case No. 12-14890

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION [22], GRANTING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT [18], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT [21]**

This matter comes before the Court on the Magistrate Judge's Report and
Recommendation [22]. Being fully advised in the premises and having reviewed the record
and the pleadings, including the Report and Recommendation and objections thereto in
accordance with 28 U.S.C. § 636(b)(1), the Court hereby ACCEPTS AND ADOPTS the
Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's
motion for summary judgment [21] is DENIED, Defendant's motion for summary judgment
[18] is GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.

                s/Nancy G. Edmunds_____
                Nancy G. Edmunds
                United States District Judge

Dated:  February 5, 2014

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2014, by electronic and/or ordinary mail.

s/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol A. Hemeyer